**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CRAIG ZIMMERLEIN | FILED: MAY 06, 2008 |
| Reg. No. K-68216, Dixon Correctional Center | 08CV2595  LCW |
| vs. | JUDGE LINDBERG |
| NEDRA CHANDLER | MAGISTRATE JUDGE DENLOW |
| Warden, Dixon Correctional Center | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Craig Zimmerlein, petitioner

| NAME (Type or print) |
|---|
| Frederick F. Cohn |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Frederick F. Cohn |
| FIRM |
| Frederick F. Cohn, Ltd. |
| STREET ADDRESS |
| 35 E. Wacker Drive - Suite 1525 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00478954 | 312-641-0692 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐