# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | GEORGE W. LINDBERG | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2595 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Craig Zimmerlein v. Nedra Chandler | | |

**DOCKET ENTRY TEXT:**

Respondent is ordered to answer or otherwise plead to the petition within twenty days of the date this order is entered on the Clerk's docket.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|