IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG ZIMMERLEIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-CV-2595 |
| | ) | |
| NEDRA CHANDLER, Warden, | ) | The Honorable |
| | ) | George W. Lindberg, |
| Respondent. | ) | Judge Presiding. |

**MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS**

Respondent moves this Court for a 30-day extension of time to answer or otherwise plead to petitioner's §2254 petition. Respondent's response is currently due on June 3, 2008. This is respondent's first request for an extension of time in this case. A supporting declaration is attached to this motion.

May 27, 2008

LISA MADIGAN
Attorney General of Illinois

By:   s/ Retha Stotts
RETHA STOTTS, Bar #6270680
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
TELEPHONE: (312) 814-0010
FAX: (312) 814-5166
E-MAIL: rstotts@atg.state.il.us

## **DECLARATION**

RETHA STOTTS states as follows:

1. I am an Assistant Attorney General in the Criminal Appeals Division of the Illinois Attorney General's Office. I was assigned to this case on May 16, 2008.

2. On May 19, 2008, I requested the briefs and records in petitioner's state-court proceedings through a paralegal in the Illinois Attorney General's office.

3. I have not yet received the records I requested.

4. I am requesting this extension of time because I need to review the state court records in petitioner's case before I can respond to his petition.

I declare under penalty of perjury that the above facts are true.

Dated: 5/27/08                              s/ RETHA STOTTS
                                            RETHA STOTTS

## CERTIFICATE OF SERVICE

      I hereby certify that on May 27, 2008, I electronically filed the foregoing **Motion For Extension Of Time To Respond To Petition For Writ Of Habeas Corpus** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send an e-notice of the electronic filing to the following registered party:

Frederick F. Cohn
Frederick F. Cohn Limited
35 East Wacker Drive
Suite 1525
Chicago, IL 60601

 

                                                 s/ Retha Stotts_____
                                               RETHA STOTTS, Bar #6270680
                                               Assistant Attorney General
                                               100 West Randolph Street, 12th Floor
                                               Chicago, Illinois 60601
                                               TELEPHONE: (312) 814-0010
                                               FAX: (312) 814-5166
                                               E-MAIL: rstotts@atg.state.il.us