IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG ZIMMERLEIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-CV-2595 |
| | ) | |
| NEDRA CHANDLER, Warden, | ) | The Honorable |
| | ) | George M. Lindberg, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To: Frederick F. Cohn
 Frederick F. Cohn Limited
 35 East Wacker Drive
 Suite 1525
 Chicago, IL 60601

Please take notice that on Wednesday, June 4, 2008, at 9:30 a.m., or as soon thereafter as I can be heard, I will appear before Judge Lindberg in room 1425 of the United States Courthouse at 219 South Dearborn Street in Chicago, Illinois, and present respondent's **Motion for Extension of Time to Respond to Petition for Writ of Habeas Corpus**.

|  |  |
|---|---|
| May 27, 2008 | LISA MADIGAN<br>Attorney General of Illinois |
| By: | s/ Retha Stotts<br>RETHA STOTTS, Bar #6270680<br>Assistant Attorney General<br>100 West Randolph Street, 12th Floor<br>Chicago, Illinois 60601-3175<br>TELEPHONE: (312) 814-0010<br>FAX: (312) 814-5166<br>E-MAIL: rstotts@atg.state.il.us |