## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2595 | **DATE** | 5/28/2008 |
| **CASE TITLE** |  | Zimmerlein vs. Chandler | |

**DOCKET ENTRY TEXT**

The motion for extension of time to respond to petition for writ of habeas corpus [7] is granted. The answer or other response is due July 7, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|