IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG ZIMMERLEIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-CV-2595 |
| | ) | |
| NEDRA CHANDLER, Warden, | ) | The Honorable |
| | ) | George W. Lindberg, |
| Respondent. | ) | Judge Presiding. |

**SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS**

    Respondent moves this Court for a 30-day extension of time to answer or otherwise plead to petitioner's §2254 petition. Respondent's response is currently due on July 7, 2008. This is respondent's second request for an extension of time in this case. A supporting declaration is attached to this motion.

June 29, 2008

                                                  LISA MADIGAN
                                                  Attorney General of Illinois

                                By:   s/ Retha Stotts
                                                RETHA STOTTS, Bar #6270680
                                                Assistant Attorney General
                                                100 West Randolph Street, 12th Floor
                                                Chicago, Illinois 60601
                                                TELEPHONE: (312) 814-0010
                                                FAX: (312) 814-5166
                                                E-MAIL: rstotts@atg.state.il.us

## **DECLARATION**

RETHA STOTTS states as follows:

1. I am an Assistant Attorney General in the Criminal Appeals Division of the Illinois Attorney General's Office. I was assigned to this case on May 16, 2008.

2. On May 19, 2008, I requested the briefs and records in petitioner's state-court proceedings through a paralegal in the Illinois Attorney General's office.

3. On May 27, 2008, not having received the records I requested, I moved this Court for an extension of time to answer the petition. This Court granted my motion, extending the response deadline to July 7, 2008.

4. Since that time, I received two boxes of records from the Kane County Circuit Court. I have begun reviewing those records, and I have also conducted preliminary legal research.

5. The record in this case is quite large, and I have not yet completed my review of it. Thus far, I have reviewed approximately 1800 pages of pleadings and 2200 pages of transcripts. I have not yet reviewed approximately 200 pages of transcripts currently in my possession.

6. In addition, during my review of these records, I realized that the records sent to me by the state court were not complete. Specifically, the records do not include the trial exhibits and several portions of the transcript. I have written to the state court requesting these items and am waiting to receive them.

7. Once I complete my review of the record, perform necessary legal research, and draft my response, I must have the answer reviewed by two supervisors in the

Attorney General's Office. Office policy requires me to allow at least one week for this review process.

8. I am requesting this extension of time so that I can review the remainder of the record, obtain and review the missing portions of the record, and allow sufficient time for drafting and supervisory review of the response.

9. A status hearing in this case is scheduled for July 9, 2008.

I declare under penalty of perjury that the above facts are true.


Dated: 6/29/08                                    s/ RETHA STOTTS
                                                  RETHA STOTTS

## CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2008, I electronically filed the foregoing **Second Motion For Extension Of Time To Respond To Petition For Writ Of Habeas Corpus** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send an e-notice of the electronic filing to the following registered party:

Frederick F. Cohn
Frederick F. Cohn Limited
35 East Wacker Drive
Suite 1525
Chicago, IL 60601

                                                s/ Retha Stotts_____
                                                RETHA STOTTS, Bar #6270680
                                                Assistant Attorney General
                                                100 West Randolph Street, 12th Floor
                                                Chicago, Illinois 60601
                                                TELEPHONE: (312) 814-0010
                                                FAX: (312) 814-5166
                                                E-MAIL: rstotts@atg.state.il.us