IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG ZIMMERLEIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-CV-2595 |
| | ) | |
| NEDRA CHANDLER, Warden, | ) | The Honorable |
| | ) | George M. Lindberg, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Frederick F. Cohn
      Frederick F. Cohn Limited
      35 East Wacker Drive
      Suite 1525
      Chicago, IL 60601

Please take notice that on Wednesday, July 9, 2008, at 9:30 a.m., or as soon thereafter as I can be heard, I will appear before Judge Lindberg in room 1425 of the United States Courthouse at 219 South Dearborn Street in Chicago, Illinois, and present respondent's **Second Motion for Extension of Time to Respond to Petition for Writ of Habeas Corpus**.

June 29, 2008                          LISA MADIGAN
                                                       Attorney General of Illinois

                                       By:    <u>s/ Retha Stotts</u>
                                                     RETHA STOTTS, Bar #6270680
                                                     Assistant Attorney General
                                                     100 West Randolph Street, 12th Floor
                                                     Chicago, Illinois 60601-3175
                                                     TELEPHONE: (312) 814-0010
                                                     FAX: (312) 814-5166
                                                     E-MAIL: rstotts@atg.state.il.us