## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2595 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Zimmerlein v. Chandler | | |

**DOCKET ENTRY TEXT**

Respondent's third motion for extension of time to response to petition for writ of habeas corpus [17] is granted. Respondent's answer is due 8/21/08. Reply due 9/11/08. In court ruling on 10/1/08 at 9:30 a.m. The 8/13/08 status hearing is reset to 10/1/08 at 9:30 a.m. No further extensions of time will be granted for Respondent.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|